No. 87–840. CUMBERLAND FARMS, INC. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 87–853. SIERRA PACIFIC POWER CO. *v.* PUBLIC SERVICE COMMISSION OF NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 87–863. JENSEN *v.* SATRAN, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 87–865. GREGORY LUMBER CO., INC. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 87–868. NELSON *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 87–870. CONNECTICUT *v.* JARZBEK. Sup. Ct. Conn. Certiorari denied.

No. 87–877. JOVANOVIC *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 87–879. ODEGARD *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 87–882. BARNES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 87–884. BENSON *v.* ALLY ET AL. C. A. 5th Cir. Certiorari denied.

No. 87–885. KHAN *v.* JENKINS ET AL. C. A. 4th Cir. Certiorari denied.

No. 87–891. FRIEDRICH *v.* OHIO. Ct. App. Ohio, Holmes County. Certiorari denied.

No. 87–895. HEDLUND ET AL. *v.* MILLER ET AL. C. A. 9th Cir. Certiorari denied.

No. 87–905. ANNABI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 87–906. ROBERTS ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.